

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00149-CR

JAMES E. GUZMAN, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 4 of Harris County.
(Tr. Ct. No. 1974171).

**TO THE COUNTY CRIMINAL COURT AT LAW NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 23rd day of June 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

The cause heard today by the Court is an appeal from the judgment signed by the court below on January 15, 2015. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal.   It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 23, 2015.

Per curiam opinion delivered by panel consisting of Justices
Jennings, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in
this behalf and in all things to have it duly recognized, obeyed, and executed.

September 4, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

